IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02977-AP

DONNY BEYER,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:  October 31, 2013**

      **B.      Date Complaint  Was Served on U.S. Attorney's Office: March 3, 2014**

      **C.      Date Answer and Administrative Record Were Filed: April 24, 2014**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR
          DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

      **A.      Plaintiff's Opening Brief Due:  July 7, 2014 (Plaintiff's Counsel has several
briefs due during the month of June)**

      **B.      Defendant's Response Brief Due:  August 19, 2014 (Defendant's counsel**

**plans to be on leave from July 7 to July 28.**

    **C.**     **Plaintiff's Reply Brief (If Any) Due: September 3, 2014**

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement: Plaintiff does not request oral argument.**

    **B.**     **Defendant's Statement: Defendant does not request oral argument.**

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**     **( )**     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **( X )**     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this <u>14</u><sup>th</sup> day of May, 2014

        BY THE COURT:

        ***s/John L. Kane***_____
        U.S. DISTRICT COURT JUDGE

APPROVED:                                   UNITED STATES ATTORNEY

                                            John F. Walsh
                                            United States Attorney

s/ Joseph A. Whitcomb                       By: s/Allan D. Berger
402 W. 12th Street                          Special Assistant U.S. Attorney
Rocky Mountain Disability Law roup          Social Security Administration, Region VIII
1391 Speer Blvd., Suite 705                 Office of the General Counsel
Denver, CO  80204                           1961 Stout Street, Suite 4169
303-534-1954                                Denver, CO  80294
303-534-1949 (facsimile)                    303-844-2149
Joe@rmdlg.com                               303-844-0770 (facsimile)
Attorney for Plaintiff                      Allan.berger@ssa.gov
                                            Attorneys for Defendant

- 4 -