IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02977-KMT

DONNY D. BEYER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on March 24, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing in accordance with the Order.   It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Donny D. Beyer, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.   It is

FURTHER ORDERED that Plaintiff is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED at Denver, Colorado this   24th   day of March, 2015.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                          s/M. Ortiz
                                          [Monique Ortiz], Deputy Clerk