IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02977-KMT

DONNY BEYER,

    Plaintiff,

    v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

This action is before the Court on "Plaintiff's Motion for Approval of Attorney's Fees" seeking attorney's fees under 42 U.S.C. § 406(b).  (Doc. No. 24.)  Plaintiff's counsel seeks an award of $13,188.00.  The motion is unopposed.

Accordingly, it is

ORDERED that the motion is GRANTED.  Plaintiff is awarded attorney's fees under § 406(b) in the amount of $13,188.00.

Dated this 1st day of February, 2016.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge

1